**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  April 23, 2008

Mr. Edwin A. Perry
Office of the Federal Public Defender
for the Western District of Tennessee
200 Jefferson Avenue
Suite 200
Memphis, TN 38103-0000

Mr. Kevin G. Ritz
U.S. Attorney's Office
167 N. Main Street
Suite 800 Clifford Davis Federal Building
Memphis, TN 38103

Re:  Case No. 08-5203, *USA v. Johnny Jenkins*
Originating Case No. : 07-20039-001

Dear Counsel,

   The Sixth Circuit Court of Appeals has modified the traditional appellate briefing schedule to require only **one** copy of each party's brief initially.  After the appellant or petitioner has filed the joint appendix, the parties simultaneously resubmit their briefs, having added joint appendix page references to the text.

   The briefs and joint appendix must be mailed to the Clerk's office no later than the dates listed below.  If the appellant's or petitioner's brief or joint appendix is filed late, the case is at risk of being dismissed for want of prosecution.

| | |
|---|---|
| Appellant or Petitioner Brief | 1 signed original 'proof' brief<br>Mailed by **June 2, 2008** |
| Appellee or Respondent Brief | 1 signed original 'proof' brief<br>Mailed by **July 7, 2008**<br>**(and appearance form)** |
| Appellant or Petitioner Reply Brief<br>(Optional) | 1 signed original 'proof' brief<br>SEE FRAP RULE 31(a)(1) |

| Joint Appendix | 5 copies<br>Mailed by **July 28, 2008** |
| --- | --- |
| All Briefs Resubmitted with<br>Joint Appendix Page references | 1 signed original + 6 copies**<br>Mailed by **August 18, 2008**<br>**Optional - Two copies of brief with joint appendix page references in CD-Rom format may also be filed. |

Checklists with examples and hyperlinks to the Federal Rules of Appellate Procedure, Sixth Circuit Rules and Internal Operating Procedures are available at www.ca6.uscourts.gov.  Briefs and appendices have specific formatting requirements outlined in Rules 28, 30, 31 and 32.  If you still have questions after reviewing the information on the web site, please contact the Clerk's office before you file your brief or appendix.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035
Fax No. 513-564-7094