IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff-Appellee, | * | CASE NO.   08-5203 |
| Vs. | * | |
| | * | |
| JOHNNY JENKINS, | * | |
| | * | |
| Defendant-Appellant. | * | |

## MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE

COMES NOW, Counsel for the Appellant herein, Johnny Jenkins, and requests that this Court hold in abeyance the briefing schedule in this case pending counsel's receipt of transcripts. In support thereof, Counsel states the following:

1. That Counsel has recently been retained by the Appellant and requested documents from the previous attorney and was missing a transcript that counsel needed.

2. That Counsel has contacted the Court Reporter and she states that she is currently involved in a trial and will need additional time to complete the requested transcript.

**WHEREFORE**, Counsel requests that this Court hold the briefing schedule in abeyance until such time as transcripts are received by Counsel and Counsel has had time to review said transcripts.

Respectfully submitted,

 S/Kevin M. Schad
Kevin M. Schad
Attorney for Appellant

<div style="text-align:right">
1001 W. Main St., Ste. F<br>
Lebanon, OH 45036<br>
513-933-9333; Fax 513-933-9375<br>
Email: kevinschad@yourattorneys.net
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on <u>June 10, 2008</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of electronic filing of this Motion to the following:

Kevin Ritz

Federal Bldg.

167 N. Main St., Ste. 800

Memphis, TN 38103

901-544-4231

<div style="margin-left:50%">
s/Kevin M. Schad

Kevin M. Schad (0061802)

SCHAD & SCHAD

1001 W. Main St, Suite F

Lebanon, Ohio 45036

Phone: 513-933-9333; Fax 513-933-9375<br>
E-mail: kevinschad@yourattorneys.net
</div>