UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Designation of Record on Appeal

Sixth Circuit
Case Number: _____          Case Name: _____

_____ , counsel for _____
designates the following documents for inclusion in the electronic Record on Appeal:

Lower Court Case No: _____

_____ District of _____

| RE # | Description of Pleading, Transcript or Other Filing |
|------|------------------------------------------------------|
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |

Case No.:
Case Name:

| RE # | Description of Pleading, Transcript or Other Filing |
|------|------------------------------------------------------|
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |
|      |                                                      |

Case No.:
Case Name:

The following transcript has been ordered and is designated for inclusion in the Record on Appeal:

| Date of Hearing/Trial | Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |