IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**

    **Plaintiff-Appellee,**

VS.   NO. 08-5203

**JOHNNY JENKINS,**

    **Defendant-Appellant.**

**MOTION TO EXTEND TIME TO FILE BRIEF**

    Comes now the United States of America, Appellee herein, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant United States Attorney, Kevin G. Ritz, and files this motion to extend the time to file the Appellee's Brief in this matter.

    The United States received the Appellant's Brief on January 13, 2009. Appellee's Brief is presently due February 12, 2009. The undersigned Assistant United States Attorney has been involved in preparing for a trial in a multi-defendant drug conspiracy case for the past several weeks. The trial will start on February 9, 2009, and will likely last at least a week. For these reasons, the United States respectfully requests an extension of 30 days for time to prepare and file the Appellee Brief in this case. The United States has consulted with Counsel for the Appellant, and he has no opposition to this Motion.

>                            Respectfully submitted,
>
>                            LAWRENCE J. LAURENZI
>                            United States Attorney
>                            Western District of Tennessee
>
>
>                       By:  s/Kevin G. Ritz
>                            KEVIN G. RITZ
>                            Assistant United States Attorney
>                            Western District of Tennessee
>                            Tel:  901-544-4231

**CERTIFICATE OF SERVICE**

I, Kevin G. Ritz, Assistant United States Attorney for the Western District of Tennessee, hereby certify that I have forwarded a copy of the foregoing Motion, via the Court's electronic filing system, to counsel for the appellant.

This 27th day of January, 2009.

>                            s/Kevin G. Ritz
>                            KEVIN G. RITZ
>                            Assistant United States Attorney